**MAGNANIMO DEAN LAW, APC**
LAUREN A. DEAN (SBN 174722)
Email: Lauren@MagDeanLaw.com
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 305-3450
Facsimile: (818) 305-3451

**GAINEY McKENNA & EGLESTON**
THOMAS J. MCKENNA
Email: tjmckenna@gme-law.com
GREGORY M. EGLESTON
Email: gegleston@gme-law.com
501 Fifth Avenue, 19th Floor
NY, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LINDSEY, Derivatively on Behalf of MOMENTUS, INC. (F/K/A STABLE ROAD ACQUISITION CORP.),<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS HADFIELD, BRIAN KABOT, MITCHEL B. KUGLER, VICTORINO MERCADO, KIMBERLY A. REED, LINDA J. REINERS, AND JOHN C. ROOD,<br><br>Defendants,<br>-and-<br><br>MOMENTUS, INC. (F/K/A STABLE ROAD ACQUISITION CORP.)<br><br>Nominal Defendant. | Case No. 2:22-cv-04212-ODW-PD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**DEMAND FOR JURY TRIAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Brian Lindsey ("Plaintiff"), hereby voluntarily dismiss the above-captioned action, without prejudice. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment. Neither Plaintiff nor his counsel has or will take anything from the dismissal of this action without prejudice.

Dated: September 27, 2022

**MAGNANIMO DEAN LAW, APC**

By: */s/ Lauren A. Dean*
    LAUREN A. DEAN (SBN 174722)
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Tel: (818) 305-3450
Email: lauren@magdeanlaw.com

**GAINEY McKENNA & EGLESTON**
THOMAS J. MCKENNA
GREGORY M. EGLESTON
501 Fifth Avenue, 19th Floor
NY, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff*